```
LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
     1420 E. Cooley Dr., Suite 100
     Colton, California 92324
     Telephone: (909) 954-2380
     Facsimile: (909) 796-3402
     E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KENYATTA DAVIS,<br><br>　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　Defendant. | No. 2:23-CV-0655 AFM<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND THREE HUNDRED ELEVEN DOLLARS AND 85/100 ($1,311.85) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 5/10/2023

*/s/ Alex MacKinnon*

_____

HON. ALEXANDER MACKINNON
UNITED STATES MAGISTRATE JUDGE